In the Matter of OTTAVIO NATALICCHIO, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent, and SALVATORE LOSI, Intervener, Respondent.

Submitted May 19, 1952; decided May 29, 1952.

*Robert R. Kaufman* for motion.

*Irving A. Oremland* opposed.

Motion to dispense with printing the appellant's brief and for leave to prosecute the appeal on seven legible typewritten copies of that brief granted. Motion for leave to prosecute the appeal on the original record denied, since the appeal may be so prosecuted as of right under subdivision 2 of section 9 of the State Residential Rent Law (L. 1946, ch. 274, as amd.).